MILES O'REILLY, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Argued April 18, 1934; decided May 22, 1934.)

*K. O. Mott-Smith, Jacob Aronson* and *Clive C. Handy* for appellant.

*Thomas J. O' Neill* and *Charles R. Mullin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.